# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>JOLIE JOHNSON, et al.<br><br>    Relators,<br><br>v.<br><br>BETHANY HOSPICE AND PALLIATIVE<br>CARE OF COASTAL GEORGIA, LLC, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  **Civil Action No.**<br>)  **4:16-cv-290-WTM-CLR**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF MULTIPLE DEFENDANTS

**PLEASE TAKE NOTICE** that Relators Jolie Johnson and Estate of Debbie Helmly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to the following Defendants listed in the Original Complaint: Thomas Miller, MD, St. Joseph's – Candler Health System, Inc., Joenie Almeida, M.D., Brian Anderson, M.D., Memorial Health, Inc., Memorial Health University Medical Center, Inc., Provident Health Services, Inc., MPPG, In., Memorial Health University Physicians, LLC, Community Hospice Holdings, LLC, Southern Community Hospice Care, Inc., Southern Community Hospice Care, Inc., Vicki Ryles, Royce Ryles, Jason Colbert, James L. Ray, M.D., Patrick Byrne, M.D., Misty Poole, M.D., Hospice Savannah, Inc., The Steward Center for Palliative Care Inc., Hospice Savannah Foundation, Inc., Monica Anderson, Bruce Barragan, Chad Carnell, Kelly Erola, M.D., Laura Farless, M.D., Martin Greenberg, M.D., Debra Anthony Larson, Appling Healthcare System, Inc., Comfort Care Hospice, LLC, Ray Leadbetter, Angie Potts, Errol Graham, M.D., Southcoast Health System, Southcoast Medical Associates, LLC, Southcoast

Medical Group, LLC, Theodore Geffen, M.D., Thomas Moriarity, M.D. PruittHealth, Inc., Pruitt Health Hospice, Inc., Neil Pruitt, Jr.

    Respectfully submitted this 10th day of January, 2019.

                                        /s/   Mike Bothwell
                                        Mike Bothwell
                                        Ga Bar No. 069920
                                        Mike@WhistleblowerLaw.com
                                        Attorney for Relators

BOTHWELL LAW GROUP

304 Macy Drive
Roswell, Georgia 30076
Ph: 770-643-1606
Fax: 770-643-1442

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing Notice of Voluntary Dismissal of Multiple Defendants was filed electronically with the Court via the CM/ECF system, which will automatically send electronic notification of such to counsel of record.

This 10th day of January, 2018.

/s/ Mike Bothwell