IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> JOLIE JOHNSON et al., ) <br> ) <br>     **Relators,** ) <br> ) <br>           v. ) <br> ) <br> BETHANY HOSPICE AND PALLIATIVE ) <br> CARE OF COASTAL GEORGIA, LLC. ) <br> et al., ) <br> ) <br>     **Defendants.** ) <br> ) | **Civil Action No.** <br> **4:16-cv-290-WTM-JEG** |

### NOTICE OF VOLUNTARY DISMISSAL OF BETHANY BENEVOLENCE FUND, INC.

**PLEASE TAKE NOTICE** that Relators Jolie Johnson and Estate of Debbie Helmly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to Bethany Benevolence Fund, Inc.

Respectfully submitted this 31st day of January, 2019.

                                                        /s/   Mike Bothwell
                                                        Mike Bothwell
                                                        Ga Bar No. 069920
                                                        Mike@WhistleblowerLaw.com
                                                        Attorney for Relators

BOTHWELL LAW GROUP

304 Macy Drive
Roswell, Georgia 30076
Ph: 770-643-1606
Fax: 770-643-1442

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, the foregoing Notice of Voluntary Dismissal of Bethany Benevolence Fund, Inc. was filed electronically with the Court via the CM/ECF system, which will automatically send electronic notification of such to counsel of record.

This 31st day of January, 2018.

/s/ Mike Bothwell