# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOLIE JOHNSON, *et al.*, | ) ) ) | |
| Relators, | ) ) | |
| v. | ) ) | CV416-290 |
| BETHANY HOSPICE AND PALLIATIVE CARE OF COASTAL GEORGIA, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER AND REPORT AND RECOMMENDATION

Defendants in this False Claims Act case jointly move to dismiss the Amended Complaint (doc. 20) and seek to stay discovery in the meantime (docs. 28 & 29). They contend, among other things, that the Complaint is merely a "tool for exacting revenge against [plaintiffs'] former employer," it fatally fails to comply with Fed. R. Civ. P. 8 & 9(b)'s pleading standards, is impermissibly "shotgun" in nature, and fails to sufficiently allege facts against each defendant (notably referring to all defendants as "Bethany" throughout the 23-page pleading) to support either retaliation or false claims submitted to the Government. Doc. 20 at 2. But they also consented to an extension of time for plaintiffs to file their

Second Amended Complaint as a matter of right under Fed. R. Civ. P. 15(a)(1)(b). Doc. 26 at 1, *granted* doc. 27. Plaintiffs have timely filed their Second Amended Complaint, pursuant to that stipulation. Doc. 45. Defendants' motions to dismiss the Amended Complaint and stay discovery pending resolution of their motion to dismiss the Amended Complaint (docs. 20, 28 & 29) should thus be dismissed as **MOOT**.

Discovery, therefore, can go on. Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, after considering the parties' Rule 26(f) report (doc. 38), the Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| **DATE OF RULE 26(f) CONFERENCE** | **December 19, 2018** |
| **LAST DAY TO EXCHANGE INITIAL DISCLOSURES** | **January 31, 2019** |
| **LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES** | **March 1, 2019** |
| **LAST DAY OF WRITTEN DISCOVERY, INSPECTIONS, AND EXAMINATIONS UNDER FED. R. CIV. P 33 - 36** | **March 22, 2019** |
| **DISCOVERY DEPOSITION OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS** | **April 26, 2019** |
| **LAST DAY TO FURNISH WITNESS REPORT BY PLAINTIFF** | **May 24, 2019** |
| **LAST DAY TO FURNISH WITNESS** | |

| | |
|---|---|
| **REPORT BY DEFENDANT** | **June 14, 2019** |
| **JOINT STATUS REPORT DUE** | **July 1, 2019** |
| **CLOSE OF DISCOVERY** | **July 19, 2019** |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS IN LIMINE** | **August 16, 2019** |

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are

advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO ORDERED AND REPORTED AND RECOMMENDED,** this <u>13th</u> day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA