# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* JOLIE JOHNSON, *et al.*, | ) | |
| | ) | |
| Relators, | ) | |
| | ) | |
| v. | ) | CV416-290 |
| | ) | |
| BETHANY HOSPICE AND | ) | |
| PALLIATIVE CARE OF COASTAL | ) | |
| GEORGIA, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Defendants in this False Claims Act case jointly move to dismiss the Second Amended Complaint. Doc. 52. That motion, pending before the District Judge, is not yet ripe for review. As several production deadlines loom before opposition briefing (and thus a potentially favorable ruling) would be due, defendants seek to "immediately" (and indefinitely) stay discovery and ask for both expedited review of their motion and an emergency hearing on the matter. Doc. 54. The parties further have competing motions for protective orders, seeking the Court's signature on an order protecting HIPAA materials (doc. 55) or an order halting third party discovery (doc. 57). Given the volume of discovery

that has been set into motion to meet the Scheduling Order deadlines (*e.g.* doc. 57-1), and the competing motions that will either authorize, narrow, or quash that discovery entirely, the Court finds it prudent to take control of the matter.

Discovery in this matter is *temporarily* **STAYED for 30 days** to allow the parties to fully brief their motions. The normal briefing schedule, S.D. Ga. L. R. 7.5 and 7.6, applies. Both opposition and reply briefs will be permitted. A hearing will be set only if deemed necessary after review of all responsive pleadings. This temporary stay shall not be construed as a ruling on the merits of any pending motion.

**SO ORDERED,** this __22nd__ day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA