FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAR 18 PM 2:22
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES of AMERICA ex )
rel. JOLIE JOHNSON et al., )
)
    Relators, )
)
v. ) CASE NO. CV416-290
)
BETHANY HOSPICE CARE OF )
GEORGIA, LLC et al., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 50), to which objections have been filed (Doc. 73). In the report and recommendation, the Magistrate Judge recommended that Defendants' Motion to Dismiss (Doc. 20), Motion to Stay Discovery (Doc. 28), and Motion to Amend Motion to Stay Discovery (Doc. 29) be dismissed as moot. (Doc. 50.) Additionally, the Magistrate Judge implemented a scheduling order to govern this case. (Id.) In their objections, Relators Jolie Johnson and the Estate of Debbie Helmly do not challenge the recommendation that various motions should be dismissed as moot. (Doc. 73) Rather, the Relators challenge the scheduling order implemented by the Magistrate Judge. (Id.) Accordingly, the Court **ADOPTS** the portion of the report and recommendation that dismisses Defendants' motions (Doc. 20; Doc. 28; Doc. 29)

as moot. Additionally, the Court **CONSTRUES** the Relators' objections to the report and recommendation as a motion for reconsideration of the scheduling order to be considered by the Magistrate Judge. Defendants shall be given **14 days** to respond to the Relators' objections.

SO ORDERED this 18th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA