# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOLIE JOHNSON, *et al.*, | ) ) ) | |
| Relators, | ) ) | |
| v. | ) ) | CV416-290 |
| BETHANY HOSPICE AND PALLIATIVE CARE OF COASTAL GEORGIA, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants having informed the Court of the resolution of relators' retaliation claim (doc. 112), the Clerk is **DIRECTED** to **TERMINATE** defendants' motion to transfer the case to the Statesboro Division (doc. 99).

**SO ORDERED,** this __3rd__ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA