# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOLIE JOHNSON, *et al.*, | ) ) ) | |
| Relators, | ) ) | |
| v. | ) ) | CV416-290 |
| BETHANY HOSPICE AND PALLIATIVE CARE OF COASTAL GEORGIA, LLC, *et al.*, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties Consent Motion to Continue Partial Stay of Discovery. Doc. 117. In it, the parties note that they have agreed to a continuation of the partial stay of discovery as to the kickback claims asserted against Bethany Hospice until such time as the Court rules on the Motion to Dismiss the Third Amended Complaint. *Id.* at 2. After review of the Court and for good cause shown, the motion is **GRANTED**. Defendant Bethany Hospice's Motion to Continue Partial Stay of Discovery, doc. 103, is **DISMISSED AS MOOT**.

**SO ORDERED,** this <u>11th</u> day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA