IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOLIE JOHNSON and ESTATE OF DEBBIE HELMLY and STATE OF GEORGIA ex rel. JOLIE JOHNSON and ESTATE OF DEBBIE HELMLY,<br><br>Relators,<br><br>v.<br><br>BETHANY HOSPICE AND PALLIATIVE CARE, LLC (f/k/a BETHANY HOSPICE, LLC et al.<br><br>Defendants. | Civil Action No. 4:16-CV-290 |

## ORDER

Defendant Bethany Hospice and Palliative Care, LLC (f/k/a Bethany Hospice, LLC) having filed an Unopposed Motion for Extension of Time to File Reply Brief pursuant to Local Rule 6.1, and Relators having consented thereto, it is hereby ordered that Defendant Bethany Hospice and Palliative Care, LLC (f/k/a Bethany Hospice, LLC) shall have up to and including August 5, 2019 in which to file a Reply in support of its Motion to Dismiss Relators' Third Amended Complaint (ECF No. 100) and in response to Relators' Response to that Motion (ECF No. 121).

IT IS SO ORDERED, this 19th day of July, 2019.

_____
United States Deputy Clerk
Southern District of Georgia