FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JUL 25 PM 3:40
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOLIE JOHNSON and DEBBIE HELMLY, and STATE OF GEORGIA ex rel. JOLIE JOHNSON and DEBBIE HELMLY,<br><br>Relators,<br><br>v.<br><br>BETHANY HOSPICE AND PALLATIVE CARE OF COASTAL GEORGIA, LLC; BETHANY HOSPICE AND PALLIATIVE CARE, LLC; BETHANY BENEVOLENCE FUND, INC.; AVA BEST; M.D. THOMAS MILLER; M.D. JUSTIN HARRELL; M.D. DAVID ARNETT; M.D. STAN SINCLAIR; M.D. RICHARD WHEELER; BERKLEY M. "MAC" MACKEY; M.D. JOENIE ALMEIDA; M.D. BRIAN ANDERSON; MEMORIAL HEALTH, INC.; MEMORIAL HEALTH UNIVERSITY MEDICAL CENTER, INC.; PROVIDENT HEALTH SERVICES, INC.; MPPG, INC.; MEMORIAL HEALTH UNIVERSITY PHYSICIANS, LLC; COMMUNITY HOSPICE HOLDINGS, LLC; SOUTHERN COMMUNITY HOSPICE CARE, INC.; SOUTHERN COMMUNITY HOSPICE INC.; VICKI RYLES; ROYCE RYLES; JASON COLBERT; M.D. JAMES L. RAY; M.D. PATRICK BYRNE; M.D. MISTY POOLE; HOSPICE SAVANNAH, INC.; THE STEWARD CENTER FOR PALLIATIVE CARE, INC.; HOSPICE SAVANNAH FOUNDATION, INC.; MONICA ANDERSON; BRUCE BARRAGAN; CHAD CARNELL; M.D. KELLY EROLA; M.D. LAURA FARLESS; M.D. MARTIN GREENBERG; DEBRA ANTHONY LARSON; AND APPLING HEALTHCARE SYSTEMS, | CASE NO. CV416-290 |

```
INC.; COMFORT CARE HOSPICE,    )
LLC; RAY LEADBETTER; ANGIE     )
POTTS; M.D. ERROL GRAHAM;      )
SOUTHCOAST HEALTH SYSTEM;      )
SOUTHCOAST MEDICAL ASSOCIATES, )
LLC; SOUTHCOAST MEDICAL GROUP, )
LLC; M.D. THEODORE GEFFEN; M.D.)
THOMAS MORIARITY; PRUITT       )
HEALTH INC.; PRUITTHEALTH      )
HOSPICE, INC.; AND NEAL PRUITT,)
JR.;                           )
                               )
     Defendants.               )
                               )
```

# O R D E R

Before the Court is Relators' Notice of Voluntary Dismissal. (Doc. 34.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." In this case, Relators have elected to dismiss certain Defendants who have not yet filed an answer or motion for summary judgment. Accordingly, the following Defendants are hereby **DISMISSED WITHOUT PREJUDICE** from this action: Thomas Miller, M.D.; St. Joseph's Candler Health System, Inc.; Joenie Almeida, M.D.; Brian Anderson, M.D.; Memorial Health, Inc.; Memorial Health University Medical Center, Inc.; Provident Health Services, Inc.; MPPG, Inc.; Memorial Health University Physicians, LLC; Community Hospice Holdings, LLC; Southern Community Hospice Care, Inc.; Southern Community Hospice Care, Inc.; Vicki Ryles;

Royce Ryles; Jason Colbert; James L. Ray, M.D.; Patrick Byrne, M.D.; Misty Poole, M.D.; Hospice Savannah, Inc.; The Steward Center for Palliative Care Inc.; Hospice Savannah Foundation, Inc.; Monica Anderson; Bruce Barragan; Chad Carnell; Kelly Erola, M.D.; Laura Farless, M.D.; Martin Greenberg, M.D.; Debra Anthony Larson; Appling Healthcare System, Inc.; Comfort Care Hospice, LLC; Ray Leadbetter; Angie Potts; Errol Graham, M.D.; Southcoast Health System; Southcoast Medical Associates, LLC; Southcoast Medical Group, LLC; Theodore Geffen, M.D.; Thomas Moriarity, M.D.; PruittHealth, Inc.; Pruitt Health Hospice, Inc.; and Neil Pruitt, Jr. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 25th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA