IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA ex )
rel. JOLIE JOHNSON and DEBBIE )
HELMLY, and STATE OF GEORGIA )
ex rel. JOLIE JOHNSON and )
DEBBIE HELMLY, )
 )
    Relators, )
 )
v. ) CASE NO. CV416-290
 )
BETHANY HOSPICE AND PALLIATIVE )
CARE OF COASTAL GEORGIA, LLC; )
BETHANY HOSPICE AND PALLIATIVE )
CARE, LLC; BETHANY BENEVOLENCE )
FUND, INC.; AVA BEST; M.D. )
JUSTIN HARRELL; M.D. DAVID )
ARNETT; M.D. STAN SINCLAIR; )
M.D. RICHARD WHEELER; and )
BERKLEY M. "MAC" MACKEY; )
 )
    Defendants. )

## O R D E R

Before the Court are Relators' Notice of Voluntary Dismissal (Doc. 48) and Notice of Voluntary Dismissal (Doc. 82). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." In this case, Realtors have elected to voluntarily dismiss Defendants Bethany Benevolence Fund, Inc.; Ava Best; Justin Harrell, M.D.; David Arnett, M.D.; Stan Sinclair, M.D.; Richard Wheeler, M.D.; and Berkley M. "Mac"

Mackey who have not yet filed an answer or motion for summary judgment. Accordingly, these Defendants are **DISMISSED WITHOUT PREJUDICE** from this action. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 26th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA