| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOLIE JOHNSON and DEBBIE HELMLY, and STATE OF GEORGIA ex rel. JOLIE JOHNSON and DEBBIE HELMLY, <br><br>  Relators, <br><br> v. <br><br> BETHANY HOSPICE AND PALLIATIVE CARE OF COASTAL GEORGIA, LLC; and BETHANY HOSPICE AND PALLIATIVE CARE, LLC; <br><br>  Defendants. | CASE NO. CV416-290 |

## O R D E R

Before the Court is the parties' Stipulated Dismissal. (Doc. 125.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Under this rule, parties are also permitted to dismiss a defendant from an action without dismissing the entire case. Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004). As requested by the parties, Defendant Bethany Hospice and Palliative Care of Coastal

Georgia, LLC is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 29th day of July 2019.

                              WILLIAM T. MOORE, JR.
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA