IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA ex rel. JOLIE JOHNSON et al., <br><br> Relators, <br><br> v. <br><br> BETHANY HOSPICE CARE OF GEORGIA, LLC et al., <br><br> Defendants. | CASE NO. CV416-290 |

## ORDER

Before the Court is the Defendants' Motion to Dismiss Relators' Second Amended Complaint. (Doc. 52.) On May 13, 2019, the Court granted Relators' Motion to Amend their complaint. (Doc. 97.) On the same day, Relators filed their Third Amended Complaint. (Doc. 98.) As a result, the Defendants' Motion to Dismiss Relators' Second Amended Complaint is **DISMISSED AS MOOT**.

SO ORDERED this 9th day of September 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA