# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA ex. rel., JOLIE JOHNSON and DEBBIE HELMLY, and THE STATE OF GEORGIA

Plaintiffs-Realtors,

v.

BETHANY HOSPICE AND PALLIATIVE CARE, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV416-290

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 31, 2020 GRANTING Defendant Bethany Hospice and Palliative Care, LLC's Motion to Dismiss, the claims against Bethany Hospice and Palliative Care, LLC are dismissed with Prejudice. This case stands closed.

| March 31, 2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

_____
*(By) Deputy Clerk*